AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zouhary, Jack | District Court, Northern District of Ohio | 5/3/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge / Active | ☐ Nomination　Date <br> ☐ Initial　☑ Annual　☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
1716 Spielbusch Avenue
Toledo, OH 43604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed arbitrator / mediator |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Denver / Institute for the Advancement of the American Legal System | 1/25 - 1/27/2015 | Denver, CO | IAALS / ACTL Task Force Meeting | Flight; hotel; transportation; meals; mileage; parking |
| 2. | American Bar Association | 7/29 - 7/31/2015 | Chicago, IL | Annual Meeting | Registration; flight; hotel; transportation; meals; mileage; parking |
| 3. | University of Denver / Institute for the Advancement of the American Legal System | 8/30 - 8/31/2015 | Denver, CO | IAALS Brainstorming Meeting | Flight; mileage; parking |
| 4. | Ohio State Bar Association | 10/30/2015 | Columbus, OH | Antitrust Institute | Hotel; meals, mileage |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

5. American Bar Association     11/11 - 11/12/2015     Washington, DC     Fall Forum     Flight; hotel; meals; mileage; parking

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Trust #1 | | | | | | | | | |
| 2.  - Boeing* | A | Dividend | J | T | | | | | |
| 3.  - DCT Industrial Trust* | A | Dividend | J | T | | | | | |
| 4.  - Deere & Co* | A | Dividend | J | T | | | | | |
| 5.  - General Electric* | C | Dividend | L | T | | | | | |
| 6.  - Intel* | B | Dividend | L | T | | | | | |
| 7.  - I Shares TR Russell Mid Cap Value* | A | Dividend | K | T | | | | | |
| 8.  - Motorola Solutions (MSI) | A | Dividend | K | T | | | | | |
| 9.  - Pepsico* | A | Dividend | J | T | | | | | |
| 10.  - Pennsylvania Mutual Fund | A | Dividend | K | T | | | | | |
| 11.  - US Bancorp Delaware New* | A | Dividend | J | T | | | | | |
| 12.  - Abbott Labs* | A | Dividend | J | T | | | | | |
| 13.  - AT&T* | A | Dividend | J | T | | | | | |
| 14.  - Atmos Energy* | B | Dividend | L | T | | | | | |
| 15.  - BP PLC* | B | Dividend | K | T | | | | | |
| 16.  - Cardinal Health Inc Ohio * | A | Dividend | K | T | | | | | |
| 17.  - Coca Cola* | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Eaton* | B | Dividend | K | T | | | | | |
| 19. - Centurylink* | A | Dividend | J | T | | | | | |
| 20. - HSBC Holding* | A | Dividend | J | T | | | | | |
| 21. - JP Morgan Chase* | A | Dividend | J | T | | | | | |
| 22. - Key Corp* | A | Dividend | K | T | | | | | |
| 23. - McDonald's* | D | Dividend | N | T | | | | | |
| 24. - Merck & Co* | B | Dividend | K | T | | | | | |
| 25. - Royal Dutch Shell* | C | Dividend | K | T | | | | | |
| 26. - Bristol-Myers Squibb* | A | Dividend | K | T | | | | | |
| 27. - Conoco Philips* | A | Dividend | J | T | | | | | |
| 28. - Colgate Palmolive* | A | Dividend | J | T | | | | | |
| 29. - Conagra Foods* | A | Dividend | K | T | | | | | |
| 30. - Du Pont E I DeNemours* | A | Dividend | J | T | | | | | |
| 31. - HCP Inc. * | A | Dividend | J | T | | | | | |
| 32. - Olin* | A | Dividend | J | T | | | | | |
| 33. - Oracle* | A | Dividend | J | T | | | | | |
| 34. - Walgreen* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Nuveen Ohio Mun (Fund) | B | Interest | K | T | | | | | |
| 36. - Sprint Nextel* | | None | J | T | | | | | |
| 37. - Stryker* | A | Dividend | K | T | | | | | |
| 38. - Windstream* | A | Dividend | J | T | | | | | |
| 39. - Wisconsin Energy* | B | Dividend | K | T | | | | | |
| 40. - 3 M* | B | Dividend | K | T | | | | | |
| 41. - Eaton Vance Tax (Fund) | A | Dividend | J | T | | | | | |
| 42. - Amgen* | A | Dividend | K | T | | | | | |
| 43. - Johnson & Johnson* | B | Dividend | K | T | | | | | |
| 44. - Microsoft* | B | Dividend | K | T | | | | | |
| 45. - American Electric Power* | A | Dividend | K | T | | | | | |
| 46. - Bob Evans Farms* | A | Dividend | K | T | | | | | |
| 47. - Citigroup* | A | Dividend | J | T | | | | | |
| 48. - Pfizer* | A | Dividend | K | T | | | | | |
| 49. - Travelers* | A | Dividend | J | T | | | | | |
| 50. - Teco Energy* | A | Dividend | K | T | | | | | |
| 51. - Verizon Communications* | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Dividend Capital Total Realty Trust | B | Dividend | | | Distributed | 06/01/15 | J | | |
| 53. - Deutsche Bank PFD Trust | A | Dividend | J | T | | | | | |
| 54. - Waste Management* | A | Dividend | K | T | | | | | |
| 55. - Real Estate Property No. 1 (Darke County, Ohio) | G | Interest | | | Sold | 04/24/15 | O | F | |
| 56. - Merrill Lynch (Accounts) | A | Interest | O | T | | | | | |
| 57. - Key Bank (Accounts) | A | Interest | K | T | | | | | |
| 58. - Nationwide Bank (Accounts) | D | Interest | O | T | | | | | |
| 59. - Wadsworth School Improvement (Bond) | A | Interest | | | Redeemed | 12/01/15 | J | | |
| 60. - Marysville School District (Bond) | A | Interest | | | Redeemed | 12/01/15 | J | | |
| 61. - Butler County (Bond) | A | Interest | J | T | | | | | |
| 62. - Elida Local School (Bond) | A | Interest | J | T | | | | | |
| 63. - Butler County Transportation (Bond) | A | Interest | J | T | | | | | |
| 64. - Clorox | A | Dividend | K | T | | | | | |
| 65. - PPG | A | Dividend | K | T | | | | | |
| 66. - Q Com | A | Dividend | J | T | | | | | |
| 67. - VGT | A | Dividend | K | T | | | | | |
| 68. - VWO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Apple | A | Dividend | K | T | | | | | |
| 70. - Kroger | A | Dividend | K | T | | | | | |
| 71. - Proctor Gamble | A | Dividend | K | T | | | | | |
| 72. - Carefusion | | None | | | Sold | 03/17/15 | J | D | |
| 73. - NBH | A | Dividend | J | T | | | | | |
| 74. - ATOIX | A | Interest | M | T | | | | | |
| 75. - TGBAX | A | Interest | J | T | | | | | |
| 76. - LDLFX | B | Dividend | K | T | | | | | |
| 77. - Ohio State Higher Education Fac. (Bond) | A | Interest | J | T | | | | | |
| 78. - Greene County Hosp. (Bond) | A | Interest | J | T | | | | | |
| 79. - Am. Mun. Power OH Rev (Bond) | A | Interest | J | T | | | | | |
| 80. - Frontier | A | Dividend | J | T | | | | | |
| 81. - Banco Santander | A | Dividend | J | T | | | | | |
| 82. - Diageo | A | Dividend | J | T | | | | | |
| 83. - Kimberly Clark | A | Dividend | K | T | | | | | |
| 84. - Monsanto | A | Dividend | J | T | | | | | |
| 85. - Philip Morris | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Lord Abbett Floating Rate Fund | A | Dividend | K | T | | | | | |
| 87. - Morgan Stanley Pfd. | B | Dividend | K | T | | | | | |
| 88. - Gabelli Utilities Fund | B | Dividend | K | T | | | | | |
| 89. - Barrick Gold | A | Dividend | J | T | | | | | |
| 90. - Berkshire Hathaway | | None | J | T | | | | | |
| 91. - Broadcom | A | Dividend | J | T | | | | | |
| 92. - Cisco | A | Dividend | J | T | | | | | |
| 93. - First Trust High Income | A | Dividend | J | T | | | | | |
| 94. - VOYA Infrastructure | A | Dividend | J | T | | | | | |
| 95. - Newmont Mining | A | Dividend | J | T | | | | | |
| 96. - Paychex | A | Dividend | J | T | | | | | |
| 97. - Petrobras | A | Dividend | J | T | | | | | |
| 98. - Telefonica | A | Dividend | J | T | | | | | |
| 99. - Teva | A | Dividend | J | T | | | | | |
| 100. - Vodafone | A | Dividend | J | T | | | | | |
| 101. - Doubleline Total Return | A | Dividend | J | T | | | | | |
| 102. - TCW Total Return | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - SPDR Nuveen S&P High | A | Dividend | J | T | | | | | |
| 104. - JP Morgan PFD | B | Dividend | | | Redeemed | 04/02/15 | J | | |
| 105. - Philips 66 | A | Dividend | J | T | | | | | |
| 106. - Aegon PFD | A | Dividend | J | T | | | | | |
| 107. - SPDR Int (DWX) | A | Dividend | J | T | | | | | |
| 108. - DJIA Mitt (MLPHV) | | None | K | T | | | | | |
| 109. - Annaly Capital (NLY PRA) | B | Dividend | J | T | | | | | |
| 110. - Apollo Investment (AIY) | A | Dividend | J | T | | | | | |
| 111. - Protective Life Debenture (PL PRC) | A | Dividend | J | T | | | | | |
| 112. - Abbvie (ABBV) | A | Dividend | J | T | | | | | |
| 113. - Glaxo Smith | A | Dividend | J | T | | | | | |
| 114. - Goldman Sachs MLP Energy | A | Dividend | J | T | | | | | |
| 115. - Google | | None | J | T | | | | | |
| 116. - Halyard | | None | J | T | | | | | |
| 117. - Hamilton County (Bond) | A | Interest | K | T | Buy | 06/04/15 | K | | |
| 118. - Becton Dickinson | A | Dividend | J | T | Buy | 03/10/15 | J | | |
| 119. - Chemours | A | Dividend | J | T | Spinoff (from line 30) | 07/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - IDV | A | Dividend | J | T | Buy | 07/06/15 | J | | |
| 121.  - Fireye | | None | J | T | Buy | 12/02/15 | J | | |
| 122.  - Twitter | | None | J | T | Buy | 07/29/15 | J | | |
| 123.  IRA #1 | | | | | | | | | |
| 124.  - Calamos (CVTRX) | A | Dividend | J | T | | | | | |
| 125.  - Oppenheimer Internatonal (OIBAX) | A | Dividend | J | T | | | | | |
| 126.  - Thomas McDonald Money Market Fund (Wells Fargo Bank) | A | Interest | J | T | | | | | |
| 127.  - Growth Fund of America (GFAFX) | A | Dividend | J | T | | | | | |
| 128.  - Thornburg International Value (TGVIX) | A | Dividend | K | T | | | | | |
| 129.  - Dividend Capital Property Fund | A | Dividend | K | T | | | | | |
| 130.  - Victory Portfolio (IPFIX) | A | Interest | J | T | | | | | |
| 131.  - Franklin Microcap (FVRMX) | | None | J | T | | | | | |
| 132.  IRA #2 | | | | | | | | | |
| 133.  - DFEOX | A | Dividend | K | T | | | | | |
| 134.  - DFITX | A | Dividend | K | T | | | | | |
| 135.  - DFREX | A | Dividend | K | T | | | | | |
| 136.  - DFALX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - DFSHX | | | | | Sold | 09/03/15 | K | | |
| 138. - Schwab (Account) | A | Interest | K | T | | | | | |
| 139. - DFQTX | A | Dividend | K | T | | | | | |
| 140. - DFIEX | A | Dividend | K | T | | | | | |
| 141. IRA #3 | | | | | | | | | |
| 142. - Morgan Stanley & Co. | D | Int./Div. | P1 | T | | | | | |
| 143. - Microsoft (MSFT)* | D | Dividend | M | T | | | | | |
| 144. - I Shares S&P (PFF) | B | Dividend | K | T | | | | | |
| 145. - Gabelli Utilities (GAUAX) | C | Dividend | K | T | | | | | |
| 146. - First Trust High Income (FSD) | A | Dividend | J | T | | | | | |
| 147. IRA #4 | | | | | | | | | |
| 148. - Blackrock Build America (BBN) | B | Dividend | K | T | | | | | |
| 149. - Spider China ETF (GXC) | A | Dividend | J | T | | | | | |
| 150. - Vanguard Total Market EFT (VTI) | A | Dividend | J | T | | | | | |
| 151. - Dodge & Cox Income (DODIX) | A | Dividend | K | T | | | | | |
| 152. - Vanguard High Dividend (VYM) | A | Dividend | K | T | | | | | |
| 153. - First Trust High Income (FSD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Vanguard Money Market (VMMXX) | A | Interest | L | T | | | | | |
| 155. - Vanguard High Yield Corp (VWEHX) | B | Dividend | K | T | | | | | |
| 156. - SPDR Int Div (DWX) | A | Dividend | J | T | | | | | |
| 157. - Tortoise Energy (NDP) | B | Dividend | J | T | | | | | |
| 158. - Natural Resource (NRP) | A | Dividend | | | Sold | 11/20/15 | J | | |
| 159. - Pennsylvania Mutual (PENNX) | A | Dividend | K | T | | | | | |
| 160. - TCW Return (TGLMX) | A | Dividend | K | T | | | | | |
| 161. - VBIRX | A | Dividend | K | T | | | | | |
| 162. - Annaly Capital (NLY) & (NLY-PA) | A | Dividend | J | T | | | | | |
| 163. - Apollo Investment (AIY) | A | Dividend | J | T | | | | | |
| 164. - Verizon (VZ) | A | Dividend | J | T | | | | | |
| 165. - Vodafone (VOD) | A | Dividend | J | T | | | | | |
| 166. - Gateway (GATEX) | A | Dividend | K | T | | | | | |
| 167. - I Shares Russell Midcap (IWS) | A | Dividend | J | T | | | | | |
| 168. - British Petroleum (BP) | A | Dividend | J | T | | | | | |
| 169. - Blackstone (BX) | B | Dividend | J | T | | | | | |
| 170. - GSMLP Energy (GER) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - JP Morgan Equity (HLIEX) | B | Dividend | K | T | | | | | |
| 172. - Templeton Global Bond (TGBAX) | A | Dividend | J | T | | | | | |
| 173. - Henderson European Focus (HFEAX) | | None | K | T | | | | | |
| 174. - Gabelli Utilities Fund (GAUIX) | C | Dividend | K | T | | | | | |
| 175. - VWO | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 176. - VGK | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 177. - IDV | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 178. - CVX | A | Dividend | K | T | Buy | 06/17/15 | K | | |
| 179. - PJT | | None | J | T | Spinoff (from line 169) | 09/22/15 | J | | |
| 180. - EWZ | A | Dividend | J | T | Buy | 02/04/15 | J | | |
| 181. IRA #5 | | | | | | | | | |
| 182. - Tortoise Energy (NDP) | B | Dividend | K | T | | | | | |
| 183. - VOYA Infrastructure | B | Dividend | K | T | | | | | |
| 184. - Vanguard Money Market (VMMXX) | A | Interest | K | T | | | | | |
| 185. - Apollo Investment (AIY) | A | Dividend | J | T | | | | | |
| 186. - Ares Capital (ARCC) | B | Dividend | K | T | | | | | |
| 187. - OXY | A | Dividend | J | T | Buy | 12/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - CRC | A | Dividend | J | T | Spinoff (from line 187) | 12/14/15 | J | | |
| 189.  John Hancock Venture | D | Dividend | M | T | | | | | |
| 190.  Reliastar Whole Life (Insurance) | A | Interest | K | T | | | | | |
| 191.  US Savings Bonds | B | Interest | K | T | | | | | |
| 192.  Citigroup (C)* | A | Dividend | J | T | | | | | |
| 193.  Coca Cola Enterprises (CCE)* | A | Dividend | K | T | | | | | |
| 194.  Walt Disney Company (DIS)* | A | Dividend | K | T | | | | | |
| 195.  FFD Financial (FFDF)* | A | Dividend | K | T | | | | | |
| 196.  Motorola Solutions (MSI) | A | Dividend | J | T | | | | | |
| 197.  Occidental Petroleum (OXY)* | B | Dividend | K | T | | | | | |
| 198.  RPM International (RPM)* | A | Dividend | J | T | | | | | |
| 199.  Old National Bank (ONB) | A | Dividend | J | T | | | | | |
| 200.  US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 201.  Huntington* | A | Dividend | J | T | | | | | |
| 202.  Orbital (OBTEF)* | | None | J | T | | | | | |
| 203.  Merrill Lynch CMA Funds (cash) | B | Interest | L | T | | | | | |
| 204.  Amgen (AMGN)* | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Applied Material (AMAT)* | A | Dividend | K | T | | | | | |
| 206. Ares Capital (ARCC)* | B | Dividend | J | T | | | | | |
| 207. AT&T (T)* | A | Dividend | K | T | | | | | |
| 208. Bristol-Myers Squibb (BMY)* | A | Dividend | K | T | | | | | |
| 209. Coca Cola (KO)* | B | Dividend | K | T | | | | | |
| 210. Conagra Foods (CAG)* | A | Dividend | K | T | | | | | |
| 211. Eli Lilly (LLY)* | A | Dividend | K | T | | | | | |
| 212. Intel (INTL)* | A | Dividend | K | T | | | | | |
| 213. KeyCorp (KEY)* | A | Dividend | J | T | | | | | |
| 214. Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 215. Marathon Petroleum (MPC) | A | Dividend | J | T | | | | | |
| 216. Sony (SNE)* | A | Dividend | J | T | | | | | |
| 217. Verizon Communications (VZ)* | A | Dividend | J | T | | | | | |
| 218. Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 219. Blackrock Mun Intermediate Fund (MUI) | A | Interest | J | T | | | | | |
| 220. Nuveen Fund (NZF) | A | Interest | | | Sold | 03/17/15 | J | | |
| 221. CBS (CBSA)* | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Goldman Sachs (GSMAX) | | None | K | T | | | | | |
| 223. Loomis Sayles (NEFZX) | A | Interest | K | T | | | | | |
| 224. Merck (MRK)* | A | Dividend | J | T | | | | | |
| 225. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 226. VGK | A | Dividend | J | T | | | | | |
| 227. Legg Mason Municipal High Fund (LMHIX) | A | Dividend | K | T | | | | | |
| 228. Templeton Global Bond (TGBAX) | A | Dividend | J | T | | | | | |
| 229. Frontier (FTR) | A | Dividend | J | T | | | | | |
| 230. Pfizer (PFE) | A | Dividend | K | T | | | | | |
| 231. Key Bank (Accounts) | B | Interest | M | T | | | | | |
| 232. SB Financial Group | A | Dividend | J | T | | | | | |
| 233. California Resources (CRC) | A | Dividend | J | T | | | | | |
| 234. DTE Energy * | A | Dividend | K | T | | | | | |
| 235. Cedar Fair (FUN)* | D | Dividend | L | T | | | | | |
| 236. Deutsche Bank Pref Trust | B | Dividend | | | Redeemed | 02/20/15 | K | | |
| 237. Nationwide Bank (Accounts) | C | Interest | N | T | | | | | |
| 238. Butler County (Bond) | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Henderson International (HFOAX) Fund | A | Dividend | K | T | | | | | |
| 240. IXJ | A | Dividend | K | T | | | | | |
| 241. VGT | A | Dividend | K | T | | | | | |
| 242. VEU | A | Dividend | J | T | | | | | |
| 243. VOHXX | A | Dividend | K | T | | | | | |
| 244. VOHIX | C | Interest | L | T | | | | | |
| 245. DFA US Core Equity (DFQTX) | C | Dividend | N | T | | | | | |
| 246. DFA International Core (DFIEX) | B | Dividend | L | T | | | | | |
| 247. DFA Emerging (DFCEX) | B | Dividend | K | T | | | | | |
| 248. Schwab (Account) (cash) | A | Interest | | | Closed | 03/02/15 | K | | |
| 249. Greene County Ohio Hos. (Bonds) | B | Interest | L | T | | | | | |
| 250. ATOIX | B | Dividend | M | T | | | | | |
| 251. XLP | A | Dividend | K | T | | | | | |
| 252. Dexcom | | None | J | T | | | | | |
| 253. VFSTX | A | Dividend | J | T | | | | | |
| 254. Banco Santander (STD) | A | Dividend | | | Sold | 12/23/15 | J | | |
| 255. Cisco (CISCO) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Energy Sector Spdr. (XLE) | A | Dividend | J | T | | | | | |
| 257. Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 258. Kroger (KR) | A | Dividend | K | T | | | | | |
| 259. Monsanto (MON) | A | Dividend | K | T | | | | | |
| 260. Petroleo Brasileiro (PBR) | A | Dividend | J | T | | | | | |
| 261. Qualcomm (QCOM) | A | Dividend | K | T | | | | | |
| 262. Exelon (EXC) | A | Dividend | J | T | | | | | |
| 263. Peabody (BTU) | A | Dividend | | | Sold | 10/21/15 | J | | |
| 264. Tortoise MLP Fund (NTG) | A | Dividend | K | T | | | | | |
| 265. Blackrock Build America Fund (BBN) | A | Dividend | | | Sold | 02/24/15 | K | A | |
| 266. Abbott (ABT) | A | Dividend | J | T | | | | | |
| 267. Community Trust Bank (CTBI) | A | Dividend | J | T | | | | | |
| 268. Newmont Mining (NEM) | A | Dividend | J | T | | | | | |
| 269. VOYA Infrastructure (IDE) | A | Dividend | J | T | | | | | |
| 270. Morgan Stanley PFD (MSK) | C | Dividend | K | T | | | | | |
| 271. Proctor Gamble (PG) | B | Dividend | K | T | | | | | |
| 272. Statoil (STO) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Teva (TEVA) | A | Dividend | J | T | | | | | |
| 274. Transocean (RIG) | A | Dividend | J | T | | | | | |
| 275. First Trust (FSD) | A | Dividend | J | T | | | | | |
| 276. Berea Ohio School (Bond) | A | Interest | | | Redeemed | 10/01/15 | J | | |
| 277. Abbvie (ABBV) | A | Dividend | J | T | | | | | |
| 278. Apple (AAPL) | A | Dividend | K | T | | | | | |
| 279. Apache (APA) | A | Dividend | J | T | | | | | |
| 280. Citrix (CTXS) | | None | K | T | | | | | |
| 281. Rio Tinto (RIO) | A | Dividend | J | T | | | | | |
| 282. Suncor (SU) | A | Dividend | K | T | | | | | |
| 283. Windstream (WIN) | B | Dividend | J | T | | | | | |
| 284. Vanguard High Dividend (VYM) | A | Dividend | J | T | | | | | |
| 285. Halyard (HYH) | | None | J | T | | | | | |
| 286. Chicago Bridge & Iron (CBI) | A | Dividend | J | T | | | | | |
| 287. Dorman (DORM) | | None | J | T | | | | | |
| 288. Amazon (AMZN) | | None | K | T | | | | | |
| 289. EBay (EBAY) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[  ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Philip Morris (PM) | A | Dividend | K | T | | | | | |
| 291. Zoetis (ZTS) | A | Dividend | J | T | | | | | |
| 292. Vanguard Total Int. (VXUS) | A | Dividend | J | T | | | | | |
| 293. Market Vector Short (SHYD) | A | Dividend | | | Sold | 11/09/15 | J | | |
| 294. I Share Japan (EWJ) | A | Dividend | J | T | | | | | |
| 295. Power Shares Exchange (BKLN) | A | Dividend | J | T | | | | | |
| 296. Walmart | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 297. Prudential | A | Dividend | J | T | Buy | 02/10/15 | J | | |
| 298. Market Oil Services (OIH) | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 299. Marathon Oil (MRO) | A | Dividend | J | T | Buy | 07/29/15 | J | | |
| 300. Baxter (BAX) | A | Dividend | J | T | Buy | 06/09/15 | J | | |
| 301. Baxalta (BXLT) | A | Dividend | J | T | Buy | 06/09/15 | J | | |
| 302. PayPal | | None | J | T | Spinoff (from line 289) | 07/17/15 | J | | |
| 303. Communication Sales (CSAL) | A | Dividend | J | T | Spinoff (from line 283) | 04/24/15 | J | | |
| 304. Synchrony Bank (Account) | A | Interest | M | T | Buy | 08/04/15 | M | | |
| 305. Hamilton County (Bond) | A | Interest | K | T | Buy | 06/04/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Names with asterisks are common stocks and ETFs.

Trust #1 (Lines1-122 ) contains Aggregate Ownership Arrangements in which my spouse is a trustee of family trusts.

Dividend Capital Total Realty Trust (2014 FDR Line 53 / 2015 FDR Line 52) is a trust distribution with a 1/5 distribution to my spouse.

Apollo Investment (AIY) (2014 FDR Line 113 / 2015 FDR Line 110) was erroneously reported as distributed in the 2014 Report.


Deletion from 2014 Financial Disclosure Report

2014 FDR Line 255
Tortoise MLP Fund (NTG)
Combined with 2015 FDR Line 264 for ease of reporting


Acquisitions moved to another line item for ease of reporting.

2014 FDR Line 1
DTE Energy (now Line 234)

2014 FDR Line 231
Bank of America (BAC) (now Line 225)

2014 FDR Line 232
VGK (now Line 226)

2014 FDR Line 233
Legg Mason Municipal High Fund (LMHIX) (now Line 227)

2014 FDR Line 253
Templeton Global Bond (TGBAX) (now Line 228)

2014 FDR Line 256
Frontier (FTR) (now Line 229)

2014 FDR Line 268
Pfizer (PFE) (now Line 230)

2014 FDR Line 269
Key Bank (Accounts) (now Line 231)

2014 FDR Line 270
SB Financial Group (now Line 232)

2014 FDR Line 281
California Resources (CRC) (now Line 233)


Transfers from IRA #1 to IRA #4

2014 FDR Line 127
Henderson European Focus (HFEAX)
Transferred to IRA #4 (now Line 173)

2014 FDR Line 131
Gabelli Utilities Fund (GAUIX)
Transferred to IRA #4 (now Line 174)


Additions to 2015 Financial Disclosure Report

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/3/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 117-118 & 120-122
Acquisitions to Trust #1

Line 119 / Chemours
Spin-off from Line 30 / Du Pont E I DeNemours

Lines 175-178 & 180
Acquisitions to IRA #4

Line 179 / PJT
Spin-off from Line 169 / Blackstone (BX)

Lines 187
Acquisitions to IRA #5

Line 188 / CRC
Spin-off from Line 187 / OXY

Lines 296-301 & 304-305
Acquisitions made jointly or by spouse

Line 302 / PayPal
Spin-off from Line 289 / Ebay (EBAY)

Line 303 / Communication Sales
Spin-off from Line 283 / Windstream (WIN)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack Zouhary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544